USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2024

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────── X

Jiaxiang Ye,                                            :

              Plaintiff,           :           Civil Action No. 1:24-cv-03221

                                   :           Jury Trial Demanded

    -against-                              :

Guangzhoushikaermansixinxikejiyouxiangongsi  :
a/k/a Marycele Official,

              Defendant.          :

─────────────────────────────── X

**PLAINTIFF'S MOTION TO DISMISS THE CASE UNDER FED. R. CIV. P. 41(A)(2)**

Plaintiff Jiaxiang Ye ("Plaintiff") hereby move this Court to dismiss this case because Plaintiff has entered a definitive settlement agreement with Defendant Guangzhoushikaermansixinxikejiyouxiangongsi a/k/a Marycele Official ("Defendant") as to all aspects of the instant litigation and agreed to dismiss all claims and counterclaims pending against each other in the instant case with prejudice.

December 2, 2024

                                              */s/Lance Liu*
                                              Robert D. Katz, Esq.
                                              katzr@kitchanlaw.com
                                              Lance Y. Liu, Esq.
                                              lanceliu2000@gmail.com
                                              Albert Wai-Kit Chan, Esq.
                                              akitchan@aol.com
                                              Law Offices of Albert Wai-Kit Chan, PLLC
                                              141-07 20th Avenue
                                              Whitestone, NY 11357
                                              (718) 799-1000

                                              **Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____ X

Jiaxiang Ye,                                             :

                Plaintiff,        :        Civil Action No. 1:24-cv-03221

                                               :        Jury Trial Demanded

           -against-                          :

Guangzhoushikaermansixinxikejiyouxiangongsi   :
a/k/a Marycele Official,

                Defendant.       :

_____ X

### [PROPOSED] ORDER

On this day, the Court considered Plaintiff's application to dismiss the case after reaching a settlement agreement with the Defendant.

Based on the foregoing, Plaintiff's application is hereby **GRANTED** and this case shall be dismissed with prejudice with regard to all claims and counterclaims.

**SO ORDERED**

SIGNED this ____ day of _____, 2024.

                                                                 _____
                                                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024 I electronically filed the foregoing MOTION TO DISMISS with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all registered counsel of record and other parties.

By: *s/ Lance Liu*
Lance Liu

**Plaintiff has informed the Court that Plaintiff has entered a definitive settlement agreement with Defendant. The parties shall file a stipulation of voluntary dismissal signed by all parties who have appeared pursuant to FRCP Rule 41(a)(1)(ii) on or before December 6, 2024.**

**The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 29.**

**SO ORDERED.**

Date: 12/2/2024
New York, New York

Mary Kay Vyskocil
United States District Judge