USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/11/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAXIANG YE,

                                        Plaintiff,

                    -against-

GUANGZHOUSHIKAERMAN-
SIXINXIKEJIYOUXIANGONGSI *also known as*
Marycele Official,

                                        Defendant.

24-cv-03221 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On December 4, 2024, the parties attempted to file a stipulation of voluntary dismissal.
[ECF No. 32]. The Clerk's Office staff alerted the parties that there were various deficiencies in
the stipulation of voluntary dismissal that they filed. IT IS HEREBY ORDERED **that on or
before December 20, 2024** the parties shall correct the deficiencies in their stipulation of voluntary
dismissal and file a corrected stipulation of voluntary dismissal on the docket.

**SO ORDERED.**

**Dated: Dcember 11, 2024
        New York, New York**

**MARY KAY VYSKOCIL
United States District Judge**